NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC G. LAPRICE,**

*Petitioner*

**v.**

**DEPARTMENT OF AGRICULTURE,**

*Respondent*

---

2024-2320

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-23-0318-W-1.

---

## O R D E R

Upon consideration of the petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, and respondent having filed a motion to modify the official caption,

IT IS ORDERED THAT:

(1) The petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                    LAPRICE v. DEPARTMENT OF AGRICULTURE

(2) The motion to modify the official caption is denied as moot.

FOR THE COURT

November 14, 2024
Date

Jarrett B. Perlow
Clerk of Court